# UNITED STATES DISTRICT COURT

**District of Maine**

| | |
|---|---|
| SOUTHERN STATES COOPERATIVE, INC. | **CERTIFICATION OF JUDGMENT** |
| | **FOR REGISTRATION IN** |
| V. | **ANOTHER DISTRICT** |
| BREWER AGWAY REALTY TRUST | Case Number: 03-26-B-W |

I, William S. Brownell Clerk of this United States district court certify that the attached judgment is a true and correct copy of the original judgment entered in this action on January 22, 2004, as it appears in the records of this court, and that no notice of appeal from this judgment has been filed, and no motion of any kind listed in Rule 4(a) of the Federal Rules of Appellate Procedure has been Filed.

**IN TESTIMONY WHEREOF**, I sign my name and affix the seal of this Court.

| June 21, 2004 | William S. Brownell |
|---|---|
| Date | Clerk |

FILING FEE PAID:
RECEIPT # 104371
AMOUNT $ 39.00
BY DPTY CLK KR
DATE 7-22-04

(By) Deputy Clerk

*Insert the appropriate language: …"no notice of appeal from this judgment has been filed, and no motion of any kind listed in Rule 4(a) of the Federal Rules of Appellate Procedure has been filed." …"no notice of appeal of this judgment has been filed, and any motions of the kinds listed in Rule 4(a) of the Federal Rules of Appellate Procedure (_) have been disposed of, the latest order disposing of such a motion having been entered on [date]." …" an appeal was taken from this judgment and the judgment was affirmed by mandate of the Court of Appeals issued on [date].' …"an appeal was taken from this judgment and the appeal was dismissed by order entered on [date]."

(Note: The motions listed in Rule 4(a), Fed R. App. P., are motions: for judgment notwithstanding the verdict; to amend or make additional findings of fact; to alter or amend the judgment; for a new trial; and for an extension of time for filing a notice of appeal.)

UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | |
|---|---|
| SOUTHERN STATES COOPERATIVE, INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil no. 03-26-B-W |
| ) | |
| BREWER AGWAY REALTY TRUST, ) | |
| ) | |
| Defendant. ) | |

## JUDGMENT

In accordance with the Parties' Stipulation for entry of Judgment, JUDGMENT is hereby entered for the Plaintiff in the amount of $424,172.36 on all counts of the Plaintiff's Complaint, and for the Plaintiff and against the Defendant on all counts of the Defendant's Counterclaim.

Dated this 22nd day of January 2004

/s/John A. Woodcock, Jr.
John A. Woodcock, Jr.
U.S. District Court Judge

A TRUE COPY
ATTEST: William S. Brownell, Clerk
By: /s/ Elizabeth Richardson
Deputy Clerk

# CIVIL COVER SHEET

The JS-44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON PAGE 2 OF THE FORM)

## I.(a) PLAINTIFFS
SOUTHERN STATES COOPERATIVE, INC.

(b) COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF
HENRICO COUNTY, VIRGINIA
(EXCEPT IN U.S. PLAINTIFF CASES)

(c) ATTORNEYS (firm name, address, and telephone number)
ROY T. PIERCE, BBO #562811
Preti, Flaherty, Beliveau, Pachios & Haley
One City Center – P. O. Box 9546
Portland, ME 04112-9546  (207) 791-3000

## DEFENDANTS
BREWER AGWAY REALTY TRUST d/b/a BREWER AGWAY
COUNTY OF RESIDENCE OF FIRST LISTED DEFENDANT
WORCESTER COUNTY, MASSACHUSETTS
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED.

ATTORNEYS (if known)
UNKNOWN

04-40008

## II. BASIS OF JURISDICTION (Place an "X" in one box only)
- ☐ 1. U.S. Government Plaintiff
- ☒ 3. Federal Question (U.S. Government not a party)
- ☐ 2. U.S. Government Defendant
- ☐ 4. Diversity (Indicate Citizenship of Parties in Item III)

## III. CITIZENSHIP OF PRINCIPAL PARTIES (Place an "X" in one box for Plaintiff and one box for Defendant) (For Diversity Cases Only)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business in This State | ☐ 4 | ☐ N/A 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business in Another State | ☒ 5 | ☒ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. ORIGIN (Place an "X" in one box only)
- ☒ 1. Original Proceeding
- ☐ 2. Removed from State Court
- ☐ 3. Remanded from Appellate Court
- ☐ 4. Reinstated or Reopened
- ☐ 5. Transferred from another district (specify)
- ☐ 6. Multidistrict Litigation
- ☐ 7. Appeal to District Judge from Magistrate Judgment

## V. NATURE OF SUIT (Place an "X" in one box only)

**CONTRACT**
- ☐ 110 Insurance
- ☐ 120 Marine
- ☐ 130 Miller Act
- ☐ 140 Negotiable Instrument
- ☐ 150 Recovery of Overpayment & Enforcement Of Judgment
- ☐ 151 Medicare Act
- ☐ 152 Recovery of Defaulted Student Loans (Excl. Veterans)
- ☐ 153 Recovery of Overpayment Veteran's Benefits
- ☐ 160 Stockholders' Suits
- ☐ 190 Other Contract
- ☐ 195 Contract Product Liability

**REAL PROPERTY**
- ☐ 210 Land Condemnation
- ☐ 220 Foreclosure
- ☐ 230 Rent Lease & Ejectment
- ☐ 240 Torts to Land
- ☐ 245 Tort Product Liability
- ☐ 290 All Other Real Property

**TORTS**
**PERSONAL INJURY**
- ☐ 310 Airplane
- ☐ 315 Airplane Product Liability
- ☐ 320 Assault, Libel, Slander
- ☐ 330 Federal Employers' Liability
- ☐ 340 Marine
- ☐ 345 Marine Product Liability
- ☐ 350 Motor Vehicle
- ☐ 355 Motor Vehicle Product Liability
- ☐ 360 Other Personal Injury

**CIVIL RIGHTS**
- ☐ 441 Voting
- ☐ 442 Employment
- ☐ 443 Housing/Accommodations
- ☐ 444 Welfare
- ☐ 440 Other Civil Rights

**PERSONAL INJURY**
- ☐ 362 Personal Injury – Med. Malpractice
- ☐ 365 Personal Injury - Product Liability
- ☐ 368 Asbestos Personal Injury - Product Liability

**PERSONAL PROPERTY**
- ☐ 370 Other Fraud
- ☐ 371 Truth in Lending
- ☐ 380 Other Personal Property Damage
- ☐ 385 Property Damage Product Liability

**PRISONER PETITIONS**
- ☐ 510 Motions to Vacate Habeas Corpus
- ☐ 530 General
- ☐ 535 Death Penalty
- ☐ 540 Mandamus & Other
- ☐ 550 Civil Rights
- ☐ 555 Prison Conditions

**FORFEITURE/PENALTY**
- ☐ 610 Agriculture
- ☐ 520 Other Food & Drug
- ☐ 625 Drug Related Seizure of Property 21 USC 881
- ☐ 630 Liquor Laws
- ☐ 640 R. R. & Truck
- ☐ 650 Airline Regs
- ☐ 660 Occupational Safety/Health
- ☐ 690 Other

**LABOR**
- ☐ 710 Fair Labor Standards Act
- ☐ 720 Labor/Mgmt. Relations
- ☐ 730 Labor/Mgmt Reporting and Disclosure Act
- ☐ 740 Railway Labor Act
- ☐ 790 Other Labor Litigation
- ☐ 791 Empl. Ret. Inc. Security Act

**BANKRUPTCY**
- ☐ 422 Appeal 28 USC 158
- ☐ 423 Withdrawal 28 USC 157

**PROPERTY RIGHTS**
- ☐ 820 Copyrights
- ☐ 830 Patent
- ☐ 840 Trademark

**SOCIAL SECURITY**
- ☐ 861 HIA (1395ff)
- ☐ 862 Black Lung (923)
- ☐ 863 DIWC/DIWW (405(g))
- ☐ 864 SSID Title XVI
- ☐ 865 RSI (405(g))

**FEDERAL TAX SUITS**
- ☐ 870 Taxes (U.S. Plaintiff or Defendant)
- ☐ 871 IRS - Third Party 26 USC 7609

**OTHER STATUTES**
- ☐ 400 State Reapportionment
- ☐ 410 Antitrust
- ☐ 430 Banks and Banking
- ☐ 450 Commerce/ ICC Rates, etc.
- ☐ 460 Deportation
- ☐ 470 Racketeer Influenced and Corrupt Organizations
- ☐ 810 Selective Service
- ☐ 850 Securities/ Commodities/Exchange
- ☐ 875 Customer Challenge 12 USC 3410
- ☐ 891 Agricultural Acts
- ☐ 892 Economic Stabilization Act
- ☐ 893 Environmental Matters
- ☐ 894 Energy Allocation Act
- ☐ 895 Freedom of Information Act
- ☐ 900 Appeal of Fee Determ. Under Equal Access to Justice
- ☐ 950 Constitutionality of State Statutes
- ☒ 890 Other Statutory Actions

## VI. CAUSE OF ACTION
(CITE THE U.S. CIVIL STATUTE UNDER WHICH YOU ARE FILING AND WRITE BRIEF STATEMENT OF CAUSE DO NOT CITE JURISDICTIONAL STATUTES UNLESS DIVERSITY)

Registration of foreign judgment.

## VII. REQUESTED IN COMPLAINT:
DEMAND $ unspecified
☐ CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23
CHECK YES only if demanded in complaint
JURY DEMAND: ☒ YES   ☐ NO

## VIII. RELATED CASE(S) IF ANY   N/A
Southern States Cooperative, Inc. v. Joseph Muner d/b/a Topsham Agway (filed contemporaneously herewith)
JUDGE   N/A
DOCKET NUMBER   N/A

DATE
July __, 2004

SIGNATURE OF ATTORNEY OF RECORD
Roy T. Pierce, BBO #562811

## FOR OFFICE USE ONLY
RECEIPT # _____ AMOUNT _____ APPLYING IFP _____ JUDGE _____ MAG. JUDGE _____