UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| SOUTHERN STATES COOPERATIVE, INC., ) | |
| ) | |
| Plaintiff/Judgment Creditor, ) | |
| v. ) | CIVIL NO. |
| ) | |
| BREWER AGWAY REALTY TRUST, ) | |
| d/b/a BREWER AGWAY ) | **04-40008** |
| ) | |
| Debtor/Judgment Debtor. ) | |

**ENTRY OF APPEARANCE**

NOW COMES Roy T. Pierce, Esq., and enters his appearance in this matter on behalf of Judgment Creditor, Southern States Cooperative, Inc.

DATED:  July 21, 2004

_____
Roy T. Pierce, BBO #562811
Attorney for Plaintiff/Judgment
Creditor Southern States Cooperative

PRETI, FLAHERTY
One City Center
P.O. Box 9546
Portland, ME  04112-9546
TEL:  (207) 791-3000

PORT: 538892.1