## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| SOUTHERN STATES COOPERATIVE, INC. ) | |
| ) | |
| Plaintiff/Judgment Creditor, ) | |
| v. ) | CIVIL NO. |
| ) | |
| BREWER AGWAY REALTY TRUST, ) | **04-40008** |
| d/b/a/ BREWER AGWAY ) | |
| ) | |
| Defendant/Judgment Debtor. ) | |

### JUDGMENT CREDITOR'S MOTION FOR DISCLOSURE HEARING

NOW COMES the Plaintiff/Judgment Creditor, Southern States Cooperative, Inc., ("Southern States") and hereby requests that this Court hold a disclosure hearing in the above-referenced matter. In support of its motion, Southern States states as follows.

1. On January 22, 2004, a Default Judgment was entered in favor of Southern States against Brewer Agway Realty Trust ("Brewer Agway") in the amount of $424,172.36 in the United States District Court, District of Maine.

2. Judgment in such has become final.

3. To date, Brewer Agway has not satisfied the judgment in full.

WHEREFORE, the Plaintiff respectfully requests that this Court hold a disclosure

PORT: 538875.1

hearing for the purpose of determining the Defendant's ability to pay and satisfy said judgment.

DATED: July 21, 2004

Respectfully submitted,

_____
Roy T. Pierce, BBO #562811
Attorney for Plaintiff/Judgment
Creditor Southern States Cooperative

PRETI, FLAHERTY
One City Center
P.O. Box 9546
Portland, ME 04112-9546
TEL: (207) 791-3000

PORT: 538875.1