UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| SOUTHERN STATES COOPERATIVE, INC., ) <br> ) <br> Plaintiff/Judgment Creditor, ) <br> v. ) <br> ) <br> BREWER AGWAY REALTY TRUST ) <br> d/b/a BREWER AGWAY, ) <br> ) <br> Defendant/Judgment Debtor. ) | CIVIL NO. <br><br> **04-40008** |

**ORDER ON SOUTHERN STATES COOPERATIVE, INC.'S
MOTION FOR DISCLOSURE HEARING**

Upon Southern States Cooperative, Inc.'s Motion for a Disclosure Hearing, the Motion is hereby granted and a Disclosure Hearing date/time shall be set by the clerk by notice.

DATE:                                                      _____
                                                           Judge, United States District Court,
                                                           District of Massachusetts

PORT: 538924.1