UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

SOUTHERN STATES COOPERATIVE, INC.,   )
                                      )
        Plaintiff/Judgment Creditor,  )
                                      )
v.                                    )   Case No. 04-MC-40008-FDS
                                      )
BREWER AGWAY REALTY TRUST,            )
                                      )
        Defendant/Judgment Debtor.    )

## CERTIFICATE OF SERVICE

I hereby certify that on July 21, 2004, true copies of the following documents were served upon Defendant Brewer Agway Realty Trust and its counsel, Gilbert L. Merrill, Esq., by U.S. Mail, postage prepaid:

1. Certification of Judgment for Registration in Another District;
2. An attested copy of the Foreign Judgment;
3. A Civil Cover Sheet;
4. An Entry of Appearance;
5. Plaintiff's Corporate Disclosure Statement;
6. Plaintiff's Motion for a Disclosure Hearing; and
7. A proposed Order regarding the Motion for Disclosure Hearing.

Dated: July 27, 2004

Respectfully submitted,

_____
Roy T. Pierce, BBO #562811
Attorney for Plaintiff
Southern States Cooperative, Inc.

PRETI, FLAHERTY, BELIVEAU, PACHIOS & HALEY, LLP
One City Center
P.O. Box 9546
Portland, ME 04112-9546
(207) 791-3000

PORT: 941239.1