UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| SOUTHERN STATES COOPERATIVE, INC., | ) |
| | ) |
| Plaintiff/Judgment Creditor, | ) |
| v. | ) Case No. 04-MC-40008-FDS |
| | ) |
| BREWER AGWAY REALTY TRUST, | ) |
| d/b/a BREWER AGWAY, | ) |
| | ) |
| Debtor/Judgment Debtor. | ) |

## JUDGMENT CREDITOR'S APPLICATION FOR SUPPLEMENTARY PROCESS

NOW COMES the Plaintiff/Judgment Creditor, Southern States Cooperative, Inc., ("Southern States") by and through its undersigned counsel, and, pursuant to M.G.L. ch. 224, §§14-16, applies for supplementary process in the above-captioned matter. In support of its motion, Southern States states as follows.

1. On January 22, 2004, a Stipulated Judgment was entered in favor of Southern States against Brewer Agway Realty Trust ("Brewer Agway") in the amount of $424,172.36 in the United States District Court for the District of Maine ("the Brewer Judgment").

2. The Brewer Judgment has become final, as no appeal has been taken.

3. To date, despite demand, Brewer Agway has not satisfied the Brewer Judgment in full.

4. Southern States registered the Brewer Judgment in this District on July 22, 2004.

956391.1

WHEREFORE, the Plaintiff respectfully requests that the Court approve its application for supplementary process and summon the Judgment Debtor for examination under oath as to its ability to pay the Judgment.

DATED: September 20, 2004

Respectfully submitted,

_____
Roy T. Pierce, BBO #562811
Attorney for Plaintiff/Judgment Creditor
Southern States Cooperative, Inc.

PRETI, FLAHERTY, BELIVEAU, PACHIOS
 & HALEY, LLP
One City Center
P.O. Box 9546
Portland, ME  04112-9546
(207) 791-3000

2

956391.1