UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

FIRST EXECUTION                                  CIVIL ACTION NO. 04-MC-40008FDS

To the United States Marshal for the District of Massachusetts or either of her

Deputies and to _____, Special Process Server:

WHEREAS Southern States Cooperative, Inc. has recovered judgment against

Joseph Muner, d/b/a Topsham Agency on the 24th of July, 2003, for the sum of

$74,125.90, debt or damage, pre-judgment interest in the amount of $0.00, and costs of

this suit in the amount of $39.00, as to us appears of record, whereof this First Execution

remains to be done.

WE COMMAND YOU, therefore, that of the goods and chattels or lands of the

said Judgment Debtor, to cause to be paid and satisfied unto the said Judgment Creditor,

at the value thereof in money, the aforesaid sums, being a total of $74,164.90, in the

whole, with interest thereon at the rate of 1.10 percent from said day of rendition of said

judgment; and thereof also to satisfy yourself for your own fees.

HEREOF FAIL NOT and make due return of this Writ with your doings thereon

into the Clerk's Office of our said court, at 595 Main Street, Worcester, Massachusetts,

within Twenty (20) years after the date of said judgment, or within Ten (10) days after

this Writ has been satisfied or discharged.

DATED this _____ day of _____, 2004.


SEAL                                    TONY ANASTAS, CLERK

                                        By:_____
                                              Deputy Clerk


955656.1