# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| **SOUTHERN STATES COOPERATIVE, INC.,** | ) )  ) |
| Judgment Creditor, | ) |
|  | )  No. 04-mc-40008 |
| v. | ) ) |
| **BREWER AGWAY REALTY TRUST,** | ) ) |
| Judgment Debtor. | ) ) |

## SUMMONS IN SUPPLEMENTARY PROCESS AFTER JUDGMENT

To Joseph Muner, Trustee, Brewer Agway Realty Trust:

You are commanded to appear in the United States District Court for the District of Massachusetts, Central Division, Worcester, Massachusetts, on ____Tuesday____, November 30, 2004, at __3:00PM__, and submit to an examination relative to the property and ability of Brewer Agway Realty Trust to pay a judgment rendered in favor of Southern States Cooperative, Inc., against Brewer Agway Realty Trust, for the sum of $424,172.36, debt or damage, and _____, costs of suit.

SEAL                                WILLIAM RUANE, ACTING CLERK

By:   /s/ Martin Castles
      Deputy Clerk
      U.S. District Court
      Donohue Federal Building
      595 Main Street
      Worcester, MA 01608
      (508) 929-9904

Dated: November 15, 2004