AO 458 (Rev. 10/95) Appearance

# UNITED STATES DISTRICT COURT

District of Massachusetts

Southern States

v.

Muner    Brewer Ajway

**APPEARANCE**

CASE NUMBER: 04-mc-40007
04-mc-40008

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

Joseph Muner

I certify that I am admitted to practice in this court.

11/30/04
Date

Signature: [signed] J.W. Allen

Print Name: Joseph W. Allen

Bar Number:

Address: 446 Main St.

City: Worcester   State: MA   Zip Code: 01608

Phone Number: 508 754 8100   Fax Number: 508 754 8170