NOV 1 8 2004

## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| SOUTHERN STATES COOPERATIVE, INC., ) | |
| Judgment Creditor, ) | |
| ) | No. 04-mc-40008 |
| v. ) | |
| BREWER AGWAY REALTY TRUST, ) | |
| Judgment Debtor. ) | |

### SUMMONS IN SUPPLEMENTARY PROCESS AFTER JUDGMENT

To Joseph Muner, Trustee, Brewer Agway Realty Trust:

You are commanded to appear in the United States District Court for the District of

Massachusetts, Central Division, Worcester, Massachusetts, on _____Tuesday_____,

November 30, 2004, at __3:00PM, and submit to an examination relative to the property and

ability of Brewer Agway Realty Trust to pay a judgment rendered in favor of Southern States

Cooperative, Inc., against Brewer Agway Realty Trust, for the sum of $424,172.36, debt or

damage, and _____, costs of suit.

SEAL                                WILLIAM RUANE, ACTING CLERK

                            By: _____
                                Deputy Clerk
                                U.S. District Court
                                Donohue Federal Building
                                595 Main Street
                                Worcester, MA 01608
                                (508) 929-9904

Dated: November 15, 2004

✎AO 440 (Rev. 8/01) Summons in a Civil Action

## RETURN OF SERVICE

| | |
|---|---|
| Service of the Summons and complaint was made by me[1] | DATE **November 22nd, 2004** |
| NAME OF SERVER (PRINT)   **Daniel B. Gately** | TITLE   **Constable** |

*Check one box below to indicate appropriate method of service*

☒ Served personally upon the defendant. Place where served:

    **6 Cedar Hill Road, Grafton, Massachusetts**

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

    Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☐ Other (specify):

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL   $0.00 |
|---|---|---|

## DECLARATION OF SERVER

      I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  **11/22/04**                                
             Date            Signature of Server

             **Daniel B. Gately, Constable and**
             **Disinterested Person**
             **47 Harvard Street, Worcester, MA 01609**

             *Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.